# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH SHERRIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| ARROW FINANCIAL SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

KENNETH SHERRIER (Plaintiff), through his attorneys, KROHN & MOSS, LTD.,

alleges the following against ARROW FINANCIAL SERVICES, LLC, (Defendant):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Illinois, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(1).*

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

**PARTIES**

7.  Plaintiff is a natural person residing in Lyons, Cook County, Illinois.

8.  Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

9.  Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a national debt collection company and with its principal place of business in Illinois.

11. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

**FACTUAL ALLEGATIONS**

12. Defendant is attempting to collect a debt from Plaintiff regarding account #40719649.

13. On June 4, 2009, Plaintiff mailed three letters to Defendant (one to each of Defendant's three mailing addresses) requesting Defendant to stop automatically withdrawing money from Plaintiff's checking account (see group Exhibit A).

14. Despite Plaintiff's written request, Defendant subsequently withdrew money from Plaintiff's checking account.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

15. Defendant violated the FDCPA based on the following:

    a.  Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequence of is to harass, oppress, and abuse Plaintiff in connection with the collection of the debt.

    b.  Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an

attempt to collect a debt.

   c.  Defendant violated *§1692f* of the FDCPA by using unfair and unconscionable means when it collected a debt from Plaintiff.

   d.  Defendant violated *§1692f(1)* of the FDCPA by collect any amount from Plaintiff that is not authorized or permitted by law.

16. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit B).

   WHEREFORE, Plaintiff, KENNETH SHERRIER, respectfully requests judgment be entered against Defendant, ARROW FINANCIAL SERVICES, LLC, for the following:

17. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

18. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

19. Actual damages,

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

21. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By:  /s/ Michael Agruss
[ ] Michael Agruss
Attorneys for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison Street, 10th Floor
Chicago, IL 60602

## <u>DEMAND FOR JURY TRIAL</u>

PLEASE TAKE NOTICE that Plaintiff, KENNETH SHERRIER, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ILLINOIS

Plaintiff, KENNETH SHERRIER, states the following:
1.  I am the Plaintiff in this civil proceeding.
2.  I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.  I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.  I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.  I have filed this Complaint in good faith and solely for the purposes set forth in it.
6.  Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.  Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, KENNETH SHERRIER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_7/14/09_
Date

_Kenneth A. Sherrier_
KENNETH SHERRIER

# EXHIBIT A

June 1, 2009

Ruth Petersen
Arrow Financial Services
21031 Network Place
Chicago, IL. 60678-1031

Re: ID# 40719649

Dear Ruth Petersen;

This letter is to inform you and Arrow Financial Services that I am
refusing any further collection on this account. I can no longer afford
the payments and refuse any further withdrawals to be made on this
account, including the one that I had pre-approved for June 2009. Please
call if you have any further questions.

Thank you,

Kenneth A Sherrier

June 4, 2009

Ruth Petersen
Arrow Financial Services
5996 W Touhy Ave
Niles, IL. 60714

Re: ID# 10719619

Dear Ruth Petersen;

This letter is to inform you and Arrow Financial Services that I am
refusing any further collection on this account. I can no longer afford
the payments and refuse any further withdrawals to be made on this
account, including the one that I had pre-approved for June 2009. Please
call if you have any further questions.

Thank you,

Kenneth A Sherrier

June 4, 2009

Ruth Petersen
Arrow Financial Services
PO Box 1022
Wixom, MI. 48393-1022

Re: ID# 10719649

Dear Ruth Petersen;

This letter is to inform you and Arrow Financial Services that I am
refusing any further collection on this account. I can no longer afford
the payments and refuse any further withdrawals to be made on this
account, including the one that I had pre-approved for June 2009. Please
call if you have any further questions.

Thank you,

Kenneth A Sherrier

**<u>EXHIBIT B</u>**

I have suffered from the following due to, or made worse by, the actions of the
Defendant's debt collection activities:

1. Sleeplessness — YES NO
2. Fear of answering the telephone — YES NO
3. Nervousness — YES NO
4. Fear of answering the door — YES NO
5. Embarrassment when speaking with family or friends — YES NO
6. Depressions (sad, anxious, or "empty" moods) — YES NO
7. Chest pains — YES NO
8. Feelings of hopelessness, pessimism — YES NO
9. Feelings of guilt, worthlessness, helplessness — YES NO
10. Appetite and/or weight loss or overeating and weight gain — YES NO
11. Thoughts of death, suicide or suicide attempts — YES NO
12. Restlessness or irritability — YES NO
13. Headache, nausea, chronic pain or fatigue — YES NO
14. Negative impact on my job — YES NO, ʔNʔA
15. Negative impact on my relationships — YES NO

Other physical or emotional symptoms you believe are associated with abusive debt
collection activities: Ruth Paterson Made me feel stupid
and I believe Called me stupid during a phone
conversation in _____ of 2008

_____

_____

_____

    Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state)
under penalty of perjury that the foregoing is true and correct.

Dated: 7/14/09

Kenneth A. Sherrier
Signed Name

Kenneth A. Sherrier
Printed Name